ACCEPTED
2015-07842
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/25/2015 2:07:36 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 2015-07842

| | | |
|---|---|---|
| HENRY RAWSON, JR. and SUSAN RAWSON | § § § § § § § | IN THE DISTRICT COURT |
| v. | | HARRIS COUNTY, TEXAS |
| OXEA CORPORATION, et al | | 190th JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/21/2015 2:06:34 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

Plaintiffs Henry Rawson, Jr. and Susan Rawson ("Plaintiffs"), give notice that they are appealing the following to the First or Fourteenth Court of Appeals at Houston, Texas:

1.    Order Granting Oxea Corporation's Traditional Summary Judgment Motion, signed by the Court on September 1, 2015;

2.    Order Granting Oxea Corporation's No Evidence Summary Judgment Motion, signed by the Court on September 1, 2015;

3.    Order Granting Mundy Maintenance and Services, LLC's Motion for Traditional and No Evidence Summary Judgment, signed by the Court on September 1, 2015;

4.    Order Granting Dashiell Corporation's Motion for Traditional and No Evidence Motion for Summary Judgment, signed by the Court on September 1, 2015;

5.    Amended Order Granting Oxea Corporation's No Evidence Summary Judgment Motion and Traditional Summary Judgment Motion, signed by the Court on September 2, 2015;

6.    Amended Order Granting Mundy Maintenance and Services, LLC's Motion for Traditional and No Evidence Summary Judgment, signed by the Court on September 2, 2015;

7.      Amended Order Granting Defendant Dashiell Corporation's Motion for Traditional and No-Evidence Motion for Summary Judgment, signed by the Court on September 2, 2015[1]; and

8.      All prior and contemporaneous rulings that are merged into the preceding orders and judgments, including but not limited to rulings on objections to evidence made in connection with the summary judgment orders listed above and orders striking Plaintiffs' Amended Responses and Sur-Replies, as well as the overruling, by operation of law,[2] on November 16, 2015 of Rawson's Motion for Reconsideration and Motion for New Trial Regarding Defendant Oxea Corporation's Hybrid Motion for Summary Judgment, Motion for Reconsideration and Motion for New Trial Regarding Defendant Mundy Maintenance and Services, LLC's Motion for Traditional and No Evidence Summary Judgment, and Motion for Reconsideration and Motion for New Trial Regarding Defendant Dashiell Corporation's Traditional and No-Evidence Motion for Summary Judgment.

As required by the Local Rules Relating to Assignment of Related Cases and to Transfers of Related Cases, I certify that no related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals.

---

[1] The Court signed the preceding Amended Orders (referenced in paragraphs 5, 6, and 7 above) on September 2, 2015, granting Defendants Dashiell Corporation's, Oxea Corporation's, and Mundy Maintenance and Services, LLC's traditional and no-evidence summary judgment motions, and dismissing with prejudice all of Plaintiffs' claims challenged in those motions. Each Amended Order further states: "Any new claims against [Defendant] raised in Plaintiffs' Second Amended Petition filed on August 31, 2015 are not dismissed under this Order." However, no new substantive claims were made in Plaintiffs' Second Amended Petition against any Defendant. Therefore, the Court's September 1 and 2, 2015 orders dispose of all of Plaintiffs' claims against all parties in this case.

[2] On November 24, 2015, the Court signed three Orders denying Plaintiffs' Motions for Reconsideration and New Trial regarding the summary judgments granted in favor of Defendants Mundy Maintenance and Services, LLC, Dashiell Corporation, and Oxea Corporation. Plaintiffs also challenge those orders via this notice of appeal.

Date:  November 25, 2015.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

 */s/ Anthony G. Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
tbuzbee@txattorneys.com
Peter K. Taaffe
State Bar No. 24003029
ptaaffe@attorneys.com
Christopher J. Leavitt
State Bar No. 24053318
cleavitt@txattorneys.com
JP Morgan Chase Tower
600 Travis, Ste. 7300
Houston, Texas 77002
Telephone:  (713) 223-5393
Facsimile: (713) 223-5909

**ALEXANDER DUBOSE
JEFFERSON & TOWNSEND LLP**

  */s/ Wallace B. Jefferson*
Wallace B. Jefferson
State Bar No. 00000019
wjefferson@adjtlaw.com
Anna M. Baker
State Bar No. 00791362
abaker@adjtlaw.com
515 Congress Ave., Suite 2350
Austin, Texas 78701
Telephone: (512) 482-9300
Facsimile: (512) 482-9303
**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

The undersigned certifies that, on November 25, 2015, Plaintiffs' Notice of Appeal was electronically filed with the Clerk of Court using eFile.TXCourts.gov the electronic filing system which will send notification of such filing to the following:

Jeff Ray
State Bar No. 16604400
jray@rmjfirm.com
H.L. "Buddy" Socks
State Bar No. 18819800
bsocks@rmjfirm.com
RAY, MCCHRISTIAN & JEANS, P.C.
700 N. St. Mary's Street, Suite 800
San Antonio, Texas 78205
Telephone: (210) 341-3554
Facsimile: (210) 341-3557

*Counsel for Defendant Mundy Maintenance and Services LLC*

Jim Wetwiska
State Bar No. 00785223
jwetwiska@akingump.com
Holli Pryor-Baze
State Bar No. 24013357
hpryorbaze@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 4th Floor
Houston, Texas 77002
Telephone: (713) 220-5800
Facsimile: (713) 236-0822

*Counsel for Defendant Dashiell Corporation*

Nicholas E. Zito
State Bar No. 22279500
nez@ramey-chandler.com
RAMEY, CHANDLER, QUINN & ZITO, P.C.
One Bering Park
750 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 266-0074
Facsimile: (713) 266-1064

*Counsel for Defendant OXEA Corporation*

*/s/ Wallace B. Jefferson*
Wallace B. Jefferson